# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROGER DALE SCOTT, II, | ) |
| Plaintiffs, | ) |
| vs. | ) CIVIL NO. 08-128-MJR |
| ROB BLAGOVICH, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court upon Plaintiff's motion to dismiss his complaint (Doc. 5) which the Court liberally construes as motion to voluntarily dismiss this action, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Accordingly, Plaintiff's motion to voluntarily dismiss this action, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure is **GRANTED**. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) and his motion to appoint counsel (Doc. 3) are **DENIED** as moot. The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

IT IS SO ORDERED.

DATED this 12th day of March, 2008.

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**